■ The People of the State of New York, Respondent, v Infinite Allah, Appellant. [631 NYS2d 248] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Brill, J.), rendered September 27, 1993, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant has not preserved for appellate review his contention that reversible error occurred as a result of certain remarks made by the prosecutor during summation *(see,* CPL 470.05 [2]; *People v Nuccie,* 57 NY2d 818). In any event, the prosecutor's comments were either fair response to the defense counsel's summation *(see, People v Galloway,* 54 NY2d 396; *People v Russo,* 201 AD2d 512, *affd* 85 NY2d 872), or harmless in light of the overwhelming evidence of the defendant's guilt and the court's subsequent instructions which served to cure any alleged prejudice *(see, People v Cunningham,* 175 AD2d 173; *People v Crimmins,* 36 NY2d 230). Rosenblatt, J. P., Altman, Hart and Friedmann, JJ., concur.